**STATE of Missouri, Respondent,**

v.

**Kevin THOMPSON, Appellant.**

**No. ED 99296.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 12, 2013.

Craig A. Johnston, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Robert J. Bartholomew, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

**ORDER**

PER CURIAM.

The defendant, Kevin Thompson, appeals the judgment entered by the Circuit Court of St. Louis County following his conviction by a jury of eleven counts of second-degree statutory sodomy, in violation of section 566.064 RSMo. (2000). The trial court sentenced the defendant to consecutive seven-year terms of imprisonment on Counts I and II, a consecutive one-year term of confinement in St. Louis County on Count III, and seven-year terms of imprisonment on each of the remaining eight counts, to be served concurrently with all other counts, for a total of 15 years. Finding no error, we affirm.

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Rule 30.25(b).